**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| DIANE ROSETSKY A/K/A/ DIANE GOCHIN, | : | No. 229 MAL 2017 |
| | : | |
| | : | Petition for Allowance of Appeal from |
| Petitioner | : | the Order of the Superior Court |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| NORMAN ROSETSKY, | : | |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

     **AND NOW**, this 23rd day of August, 2017, the Petition for Allowance of Appeal is **DENIED**.